**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 16-7457**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

KAVIN DATRON WILLIAMS,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  James C. Dever, III, Chief District Judge.  (4:10-cr-00088-D-1)

───────────

Submitted:  February 23, 2017     Decided:  February 28, 2017

───────────

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Kavin Datron Williams, Appellant Pro Se.  Shailika S. Kotiya, William Glenn Perry, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kavin Datron Williams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. Based on our review of the record, we conclude that the district court did not abuse its discretion in denying the motion based on the risk Williams poses to public safety. See United States v. Smalls, 720 F.3d 193, 195 (4th Cir. 2013) ("Whether to reduce a sentence and to what extent is a matter within the district court's discretion.") Accordingly, we affirm for the reasons stated by the district court. See United States v. Williams, No. 4:10-cr-00088-D-1 (E.D.N.C. Oct. 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED